# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) |
| JOSE ANGEL LOPEZ-HERNANDEZ | Case No. 12-po-30003 |
| | USM No. 47767-039 |
| | Defendant's Attorney: Robert J. Dunn |

**THE DEFENDANT:**

pleaded guilty to the sole count of the Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 113(a)(4), 1151, 1152 | Assault | May 11, 2012 | 1 |

The Defendant is sentenced as provided in pages 2 through 3 of this Judgment.

**IT IS ORDERED** that the Defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the Defendant must notify the Court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment:    December 3, 2012

  s/ *Charles E. Binder*
  CHARLES E. BINDER
Dated: December 4, 2012    United States Magistrate Judge

Last Four Digits of Defendant's Soc. Sec. No.: none
Defendant's Year of Birth: 1984
City and State of Defendant's Residence: Lansing, MI

DEFENDANT: Jose Angel Lopez-Hernandez
CASE NUMBER: 12-po-30003

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Pursuant to 18 U.S.C. § 3563(b)(10), the Defendant is remanded to the custody of the Bureau of Prisons "during . . . other intervals of time," namely, 40 days.**

The Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____with a certified copy of this Judgment.

UNITED STATES MARSHAL
by: _____
     Deputy U. S. Marshal

DEFENDANT: Jose Angel Lopez-Hernandez
CASE NUMBER: 12-po-30003

## CRIMINAL MONETARY PENALTIES

Payment of the assessment is due immediately.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $25.00 | 0 | 0 |